```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 121
3  Sausalito, CA  94965
   Telephone:  (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> US SHEETMETAL & HOOD, etc., <br><br> Defendant. | NO.  C 11 2665 EDL <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for September 20, 2011 be continued to December 20, 2011 at ~~10:00 a.m.~~ 3:00 p.m. in Courtroom No. E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: September 8, 2011

_____
Magistrate Judge Elizabeth D. Laporte

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE